**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LEMUEL J. BARNEY,

        Plaintiff,

v.

DETROIT MEDICAL CENTER, a Michigan corporation, and SHERRIE KILLEBREW, an individual,

        Defendants.

Case No.: 2:13-cv-12146
Hon. Stephen J. Murphy III

**STIPULATION AND ORDER OF DISMISSAL**

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this civil action, through their respective counsel, stipulate that this action is dismissed with prejudice and without costs or fees as to all parties.

s/ James R. Acho (P62175) (w/consent)
CUMMINGS MCCLOREY DAVIS & ACHO PLC
Attorneys for Plaintiff
33900 Schoolcraft Road
Livonia, MI  48150
Phone: (734) 261-2400
Fax: (734) 261-4510
e-Mail: jacho@cmda-law.com

s/ Christopher P. Mazzoli (P51417)
BODMAN PLC
Attorneys for Defendants
201 W Big Beaver Rd, Suite 500
Troy, MI  48084
Phone: (248) 743-6000
Fax: (248) 743-6002
e-Mail: cmazzoli@bodmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL J. BARNEY,

    Plaintiff,

Case No.: 2:13-cv-12146
Hon. Stephen J. Murphy III

v.

**ORDER OF DISMISSAL**

DETROIT MEDICAL CENTER, a Michigan
corporation, and SHERRIE KILLEBREW,
an individual,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** pursuant to the parties' stipulation, that this action is dismissed with prejudice and without costs or fees as to all parties.

**SO ORDERED.**

    s/Stephen J. Murphy, III
    Stephen J. Murphy, III
    United States District Judge

Dated: June 1, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 1, 2014, by electronic and/or ordinary mail.

    s/Carol Cohron
    Case Manager